UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GEORGIA M. BROWN,

       Plaintiff,                          Case Number 16-10618

v.                                         Honorable David M. Lawson
                                            Magistrate Judge David R. Grand

UNITED HEALTH GROUP —
OPTUM DIVISION,

       Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING PLAINTIFF'S MOTIONS FOR SUMMARY JUDGMENT

This matter is before the Court on the report issued on July 15, 2016 by Magistrate Judge David R. Grand pursuant to 28 U.S.C. § 636(b), recommending that the Court deny without prejudice the plaintiff's pre-discovery motion and amended motion for summary judgment. Although the magistrate judge's report explicitly stated that the parties to this action may object to and seek review of the recommendation within fourteen days of service of the report, no objections have been filed thus far. The parties' failure to file objections to the report and recommendation waives any further right to appeal. *Smith v. Detroit Fed'n of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). Likewise, the failure to object to the magistrate judge's report releases the Court from its duty to independently review the matter. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). However, the Court agrees with the findings and conclusions of the magistrate judge.

Accordingly, it is **ORDERED** that the magistrate judge's report and recommendation [dkt. #28] is **ADOPTED**.

It is further **ORDERED** that the plaintiff's motion for summary judgment and amended

motion for summary judgment [dkt. #16, 18] are **DENIED** without prejudice.

                                       s/David M. Lawson
                                       DAVID M. LAWSON
                                       United States District Judge

Dated:   August 16, 2016

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on August 16, 2016.

                            s/Susan Pinkowski
                            SUSAN PINKOWSKI